**Opinion issued September 20, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00392-CV

———————————

**MASSOOD DANESH PAJOOH, Appellant**

**V.**

**SHAWN SHAHBAZI AND ROYAL WEST INVESTMENTS, LLC
A DELAWARE LIMITED LIABILITY COMPANY, Appellees**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2014-70335**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal. *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.